**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PHILLIP ANTHONY SANDERS, | ) | No. SA CV13-0898-GHK (AS) |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
|    v. | ) | **JUDGMENT** |
| | ) | |
| RALPH DIAZ, Warden, | ) | |
| | ) | |
|     Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____6/3/15_____

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE